UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON BARKLEY, RASHAAN BOWREY, ANDREW HANCOCK, and PHILIP RAMIREZ, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

NYU LANGONE MSO, INC., NYU LANGONE HEALTH SYSTEM, and NYU LANGONE HOSPITALS,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2025

24 Civ. 9747 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 25 and 27. Accordingly:

1. Plaintiffs' request for leave to file a motion for conditional certification is GRANTED;
2. By **April 2, 2025**, Plaintiffs shall file their motion;
3. By **April 16, 2025**, Defendants shall file their response;
4. By **April 23, 2025**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: March 20, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge