USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/21/2025__

**BakerHostetler**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 18, 2025

Amy J. Traub
direct dial: 212-589-4248
atraub@bakerlaw.com

**VIA ECF**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Barkley, et al. v. NYU Langone MSO, Inc., et al.*, **1:24-cv-09747-AT**

Dear Judge Torres:

    We represent Defendants NYU Langone MSO, Inc., NYU Langone Health System, and NYU Langone Hospitals (collectively, "Defendants") in connection with the above-referenced matter. Defendants write in accordance with Rule I.C. of Your Honor's Individual Practices in Civil Cases to respectfully request an extension of time to file the joint letter and jointly proposed Case Management Plan and Scheduling Order, as described in the Initial Pretrial Scheduling Order (Dkt. No. 9) from April 18, 2025, to April 30, 2025.

    As explained in Defendants Letter Motion for Extension of Time to File Response/Reply (Dkt. No. 37), Counsel for Defendants, Justin A. Guilfoyle, went out unexpectedly early on parental leave. Earlier this week, Jeffrey R. Vlasek was admitted *pro hac vice* to work with Ms. Traub on Defendants' behalf.

    Counsel for the parties have been working together to finalize the joint submissions and request that the deadline to submit the joint letter and jointly proposed Case Management Plan be extended to April 30, 2025. Plaintiffs' counsel consents to the instant request. There have been no prior requests for an extension of time for the joint letter and jointly proposed Case Management Plan, and this extension will not affect any other deadlines in this matter.

    Defendants thank the Court for its time and attention to this request.

        GRANTED.

        SO ORDERED.

        Dated: April 21, 2025
             New York, New York

                                                  ANALISA TORRES
                                                 United States District Judge