```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/4/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
CLINTON BARKLEY, RASHAAN BOWREY,
ANDREW HANCOCK, and PHILIP RAMIREZ,
on behalf of themselves and all others similarly
situated,

                  Plaintiffs,

-against-

NYU LANGONE MSO, INC., NYU LANGONE
HEALTH SYSTEM, and NYU LANGONE
HOSPITALS,

                  Defendants.
--------------------------------------------------------

24 Civ. 9747 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 19, 2025, the Court conditionally certified a collective action comprised all "persons who work or have worked for NYU Langone as exempt-classified I.T. Support Employees, defined as Analysts, Techs, Specialists, and those with similar job titles within the Medical Center Information Technology division providing technological support to NYU Langone operations, at any time since December 18, 2021, and who elect to opt into this action." Cert. Order at 6–7, ECF No. 51. In the same order, the Court directed Plaintiffs to revise their proposed collective action notices for the Court's review and approval. *Id.* at 9. Now before the Court are Plaintiffs' revised notices, ECF No. 52, and Defendants' objections, ECF No. 53.

    The Court agrees with Defendants that the email and text message notices should contain the phrase "providing technological support to NYU Langone operations," which is consistent with the Court's conditional certification order. ECF Nos. 53, 53-1; *see* Cert. Order at 6–7. Accordingly, Plaintiffs' proposed notices at ECF No. 52-1 are APROVED, subject to accepting Defendants' revisions at ECF No. 53-1.

    SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge