```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/11/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON BARKLEY, RASHAAN BOWREY, ANDREW HANCOCK, PHILIP RAMIREZ, AND GURKIRAT SINGH, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

NYU LANGONE MSO, INC., NYU LANGONE HEALTH SYSTEM, and NYU LANGONE HOSPITALS,

                Defendants.

24 Civ. 9747 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A case management conference is currently scheduled for November 17, 2025. ECF No. 49. Per the case management plan, the parties were to file a joint status report not later than one week in advance of the conference. ECF No. 49 ¶ 16. They did not do so. In addition, certain discovery relevant to opt-in plaintiffs is ongoing until November 27, 2025. ECF No. 72.

    Accordingly, the case management conference currently scheduled for November 17, 2025, is ADJOURNED *sine die*. By **December 11, 2025**, the parties shall file a joint status update.

    SO ORDERED.

Dated: November 11, 2025
       New York, New York

ANALISA TORRES
United States District Judge