# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Justin A. Guilfoyle
direct dial: 212-589-4607
jguilfoyle@bakerlaw.com

December 29, 2025

**VIA ECF**

The Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *Barkley, et al. v. NYU Langone MSO, Inc., et al.*, **1:24-cv-09747-AT-RFT**

Dear Judge Tarnofsky:

We represent Defendants NYU Langone MSO, Inc., NYU Langone Health System, and NYU Langone Hospitals (collectively, "Defendants") in connection with the above-referenced matter. Defendants write in accordance with Rules I(E) of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Status Conference currently scheduled for January 7, 2026 (Dkt. No. 77).

Defendants make this request because they are unavailable on January 7 because of a previously scheduled court ordered mediation in another matter. Additionally, lead counsel in this matter has a pre-planned trip out of the county and will be returning on January 23, 2026. Therefore, Defendants respectfully request that the telephonic Status Conference be adjourned to a date after January 23 that is agreeable to the Court. Defendants have conferred with Plaintiffs' counsel, and they consent to the instant adjournment request. Additionally, the parties will continue to engage in the discovery process throughout the time leading up to the adjourned Status Conference should the Court grant Defendants' instant request. There have been no previous requests for an adjournment of the Status Conference.

Defendants thank the Court for its time and attention to this request.

The status conference scheduled for January 7, 2026 is rescheduled to **Monday, January 26, 2026 at 11 AM**. The parties should be prepared to discuss the status of discovery. Please dial (646) 453-4442, Access Code: 365 456 493#.
The Clerk of Court is respectfully requested to grant ECF 78.

SO ORDERED

Dated December 30, 2025
New York, NY

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/ s /   *Justin A. Guilfoyle*
Justin A. Guilfoyle

*Attorneys for Defendants*

cc:    All Counsel of Record (*via* ECF)