**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLINTON BARKLEY, RASHAAN BOWREY, ANDREW HANCOCK, and PHILIP RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>NYU LANGONE MSO, INC., NYU LANGONE HEALTH SYSTEM, and NYU LANGONE HOSPITALS,<br><br>    Defendants. | Case No.: 1:24-cv-09747-AT-RFT |

**[PROPOSED] ESI SCHEDULING ORDER**

Following the January 26, 2026 status conference, during which the Parties discussed a schedule to ensure the efficient production of ESI discovery, the Honorable Robyn F. Tarnofsky ordered the parties to submit a proposed order "addressing search terms for electronic discovery." ECF No. 80. Accordingly, the Parties submit the below proposed schedule for the production of ESI discovery.

1.  February 6, 2026: (i) the Parties will agree to total volume and culling methodology to ultimately submit to CAL, and (ii) Defendants will begin a CAL review of some subset of the documents.

2.  February 20, 2026: Defendants will complete the CAL review of the small subset of documents to be used to identify the document population to be submitted to aiR. The Parties will conduct a meet and confer regarding what generated from CAL will be reviewed via aiR.

1

3.  February 27, 2026: Defendants will (a) produce all responsive documents from the CAL review, and (b) advise Plaintiffs as to the aiR results and begin production review via aiR workflow.

4.  March 20, 2026: Defendants will substantially complete document production.

Having reviewed the Parties' proposed scheduling order, the undersigned approves this schedule.

**SO ORDERED.**

Date: February 2, 2026

New York, NY

Hon. Robyn F. Tarnofsky
United States Magistrate Judge