# Outten&Golden

The Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 18, 2026

**The parties' joint letter motion to stay litigation deadlines pending mediation (ECF 88) is GRANTED IN PART, in that the case is stayed until May 18, 2025. At that time, if the parties have not informed the Court of a settlement in principle, all deadlines will resume. I do not anticipate granting additional stays or extensions of discovery deadlines to facilitate further settlement discussions. The Clerk of Court is respectfully requested to terminate ECF 88.**

Dated: March 18, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

<u>VIA ECF</u>

Re:   ***Barkley, et al. v. NYU Langone MSO, Inc., et al.*, No. 1:24-cv-9747-AT-RFT**

Dear Judge Tarnofsky,

We, along with HKM Employment Attorneys LLP, represent Plaintiffs in the above-referenced matter.  The Parties agreed to privately mediate this matter and have scheduled a mediation session with mediator Martin F. Scheinman for May 15, 2026.  Plaintiffs write jointly with Defendants (collectively, the "Parties") to request a stay of the litigation.

Therefore, the Parties respectfully request that the Court stay all pending litigation deadlines, including the June 8, 2026 fact discovery deadline set by the Court's March 10, 2026 text order, with such deadlines to resume should the Parties not settle.  The Parties propose submitting a joint status report by May 22, 2026, (i) updating the Court about the outcome of the mediation or, if no resolution is reached, (ii) requesting a resumption of litigation deadlines.  The Parties believe there is good cause for this Court to issue a temporary stay until after mediation to allow them the opportunity to focus their time and resources on mediation.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

/s/ *Molly Brooks*
Molly Brooks, *Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

/s/ *Justin A. Guilfoyle*
Justin A. Guilfoyle, *Attorneys for Defendants*

**New York**
685 Third Avenue, 25th Floor
New York, NY 10017
(212) 245-1000

**San Francisco**
1 California Street, 12th Floor
San Francisco, CA 94111
(415) 322-1391

**Washington, DC**
1225 New York Avenue NW, Suite 1200B
Washington, DC 20005
(202) 914-5097

Outten & Golden LLP
outtengolden.com