Outten&Golden

The Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The deadline to file the settlement approval motion is extended to **September 15, 2026.** The Clerk of Court is respectfully requested to terminate ECF 96.

September 8, 2026

Dated: September 9, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

**Re: *Barkley, et al. v. NYU Langone MSO, Inc., et al.*, No. 1:24-cv-9747-AT-RFT**

Dear Judge Tarnofsky,

We represent Plaintiffs Clinton Barkley, Rashaan Bowrey, Andrew Hancock, and Philip Ramirez, and Opt-In Plaintiffs (collectively, "Plaintiffs") in connection with the above-referenced matter. Plaintiffs write jointly with Defendants NYU Langone MSO, Inc., NYU Langone Health System, and NYU Langone Hospitals (collectively, "Defendants") (collectively, the "Parties"), pursuant to Rule I.E. of Your Honor's Individual Practices in Civil Cases to respectfully request a short extension of the deadline to submit the motion for settlement approval in this matter

The current deadline to file the settlement approval motion is September 8, 2026. *See* ECF No. 95. The Parties request that the deadline be extended by an additional week, to September 15, 2026. There has only been one previous request for an extension of this deadline, which the Court granted. *See id.* The Parties apologize for the belated extension request, but the settlement terms are still being negotiated, and the Parties need additional time to finalize, review, and execute the class and collective settlement agreement.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

*/s/ Molly Brooks*
Molly Brooks, *Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

*/s/ Justin A. Guilfoyle*
Justin A. Guilfoyle, *Attorneys for Defendants*