Outten&Golden

The Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The settlement approval motion shall be filed by **September 22, 2026**. No further extension shall be granted absent extremely good cause shown.

Dated: September 16, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

September 15, 2026

**VIA ECF**

**Re: *Barkley, et al. v. NYU Langone MSO, Inc., et al.*, No. 1:24-cv-9747-AT-RFT**

Dear Judge Tarnofsky,

We represent Plaintiffs Clinton Barkley, Rashaan Bowrey, Andrew Hancock, and Philip Ramirez, and Opt-In Plaintiffs (collectively, "Plaintiffs") in connection with the above-referenced matter. Plaintiffs write jointly with Defendants NYU Langone MSO, Inc., NYU Langone Health System, and NYU Langone Hospitals (collectively, "Defendants") (collectively, the "Parties"), pursuant to Rule I.E. of Your Honor's Individual Practices in Civil Cases to respectfully request a short extension of the deadline to submit the motion for settlement approval in this matter.

The current deadline to file the settlement approval motion is September 15, 2026. *See* ECF No. 97. The Parties request that the deadline be extended by an additional week, to September 22, 2026. There have been two previous requests for an extension of this deadline, which the Court granted. *See* ECF Nos. 95, 97. The settlement terms have now been finalized, but the Parties need additional time to obtain client signatures and finalize the settlement approval papers to reflect the finalized class and collective settlement agreement.

The Parties apologize for the belated extension request and thank the Court for its time and attention to this matter.

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

*/s/ Molly Brooks*
Molly Brooks, *Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

*/s/ Justin A. Guilfoyle*
Justin A. Guilfoyle, *Attorneys for Defendants*